United States District Court
District of Massachusetts

| | |
|---|---|
| DAVID J. HARRIGAN, II,<br>　　　Plaintiff,<br><br>　　　v.<br><br>SUSAN SPAULDING and TOBEY<br>HOSPITAL,<br>　　　Defendants. | Civil Action No.<br>11-11670-NMG |

### ORDER OF DISMISSAL

In accordance with the Court's allowance of the Defendants' Motions to Dismiss on November 10, 2011, it is hereby **ORDERED** that the above-entitled action be dismissed.

**So ordered.**

　　　　　　　　　　　　　　　　　/S/ Kellyann Moore
　　　　　　　　　　　　　　　　　Kellyann Moore
　　　　　　　　　　　　　　　　　Docket Clerk

Dated November 14, 2011